# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

EMILY YIELDING                                                                PLAINTIFF

v.                                        4:22-cv-01126-JM-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                    DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 27th day of June 2023.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE